Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−12109−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda Connelly
   910 W. Walnut Drive
   Newton, NJ 07860

Social Security No.:
   xxx−xx−4225

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 19, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:             Case No. 23-12109-VFP

Amanda Connelly             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2

Date Rcvd: May 19, 2023          Form ID: 148          Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Connelly, 910 W. Walnut Drive, Newton, NJ 07860-4621 |
| 519862179 | + | Midland Credit management, P.O. Box 2129, Warren, MI 48090-2129 |
| 519862180 | | OK Student Loan Author, 2 Central Park Drive Ste, Oklahoma City, OK 73105 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519862177 | + | EDI: CAPITALONE.COM | May 20 2023 00:27:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519894840 | + | EDI: AIS.COM | May 20 2023 00:27:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519862178 | + | Email/Text: PBNCNotifications@peritusservices.com | May 19 2023 20:37:00 | Kohls, P.O. Box 1456, Charlotte, NC 28201-1456 |
| 519913691 | + | EDI: AISMIDFIRST | May 20 2023 00:27:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519884586 | + | EDI: AISMIDFIRST | May 20 2023 00:27:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 19, 2023 | Form ID: 148 | Total Noticed: 10 |

Date: May 21, 2023 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:**

**Name** **Email Address**

Camille J Kassar
on behalf of Debtor Amanda Connelly ckassar@locklawyers.com
bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4